IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, | No. C 10-05204 SI |
|     Plaintiff, | **ORDER** |
|   v. | |
| SILVESTRI CONSTRUCTION INC., | |
|     Defendant.                     / | |

    Plaintiffs have filed a motion for default judgment that is scheduled for hearing at 9:00 a.m. on Friday, May 13, 2011. Plaintiffs request, as part of the judgment, liquidated damages and interest. Plaintiffs are hereby ORDERED to submit to the Court the relevant portion(s) of any Trust Agreement, Collective Bargaining Agreement, Participation Agreement, or any other contract that sets the applicable rate for assessing liquidated damages in this case by **5:00 p.m. on Monday, May 9, 2011**. The hearing on plaintiffs' motion remains scheduled as before.

    **IT IS SO ORDERED.**

Dated: May 4, 2011

                                                            SUSAN ILLSTON
                                                            United States District Judge